# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127953 & (33)

STATE FARM INSURANCE COMPANY,
as Subrogee of Richard and Catherine Walker,
and SENTRY INSURANCE COMPANY, as
Subrogee of Arkay Walker Paint Company, and
RICHARD and CATHERINE WALKER, as
Individuals,
   Plaintiff-Appellees,

v

WATER RANGERS, INC.,
   Defendant-Appellant,
and

FLAME FURNANCE COMPANY, et al.,
   Defendants.
_____

SC: 127953
COA: 255992
Wayne CC: 03-322022-NZ

   On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2005

_____
Clerk

c100405